IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Derrick D. Smith 221124
Full name and prison number of plaintiff(s)

v.

Capt. Nettles

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:06CV1114-WKW
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
Plaintiff(s) None

Defendant(s) None

2. Court (if federal court, name the district; if state court, name the county)
N/A

3. Docket No. N/A

4. Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? None

6. Approximate date of filing lawsuit 12/18/06

7. Approximate date of disposition 11/23/05

II. PLACE OF PRESENT CONFINEMENT Bullock County Corr fac

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Corr fac

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                     ADDRESS
1. Captain Nettles       BCCF
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED between oct or Nov of 2005 and Feb 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: My Money being taking from me with out prove of Something I did in here but I didn't do it.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Well back in 2005 he said I mess up a fire alarm and I didn't he was going by what a inmate told him I did I should have to pay for it without him having any prove and he said my Money was frozen for this

-2-

GROUND TWO: because they said I didn't have any more money

SUPPORTING FACTS: So I filled out a slip to catch store and they said I didn't have any more money but when I put in for a State prison I.D. they took money off my books for the I.D. and I fount out I still had 94.18 I need something did about this

GROUND THREE: 

SUPPORTING FACTS: 

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Well what I would like the court to do is get my money back for me and I would be alright if not I want to push for their job or if not I will push for more

Derrick D Smith 221124
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct

EXECUTED on 12/7/06
(date)

Derrick D Smith 221124
Signature of plaintiff(s)

-3-