IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Derrick D Smith 221124
Plaintiff(s)

v.

Capt. Nettles
Defendant(s)

2:06CV1114-WKW

RECEIVED 2006 DEC 19 A 9:37 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I, Derrick Smith 221124, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?  Yes ( )  No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. N/A

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?  Yes ( )  No (X)
   B. Rent payments, interest, or dividends?  Yes ( )  No (X)
   C. Pensions, annuities, or life insurance payments?  Yes ( )  No (X)
   D. Gifts or inheritances?  Yes ( )  No (X)
   E. Any other sources?  Yes (X)  No ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. Well I have got one $50.00 $100.00 And other also the 100.00 is what I'm trying to get back.

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].                    Yes (X)  No ( )

   If the answer is YES, state the total value of the items owned. $94.18

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    Yes ( )  No (X)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

_____
Signature of Affiant   Derrick D Smith 221124

STATE OF ALABAMA       )
COUNTY OF   Bullock    )

Before me, a Notary Public in and for said County, in said State, personally appeared Derrick D. Smith, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant   Derrick D Smith 22112

Sworn to and subscribed before me on this 6th day of December, 2006.

_____
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires: _____

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/6/06
(date)

_Derrick Smith 221124_
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 94.18 on account to his credit at the BULLOCK COUNTY CORR. FACILITY institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A.  $_____ on the first day of _____
B.  $_____ on the first day of _____
C.  $_____ on the first day of _____
D.  $_____ on the first day of _____
E.  $_____ on the first day of _____
F.  $_____ on the first day of _____

_S. Cunningham_
Authorized Officer of Institution

Date: 12-14-06

BULLOCK COUNTY CORR. FACILITY

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 221124      NAME: SMITH, DERRICK D.           AS OF: 12/14/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| DEC | 17 | $20.69 | $0.00 |
| JAN | 31 | $0.18 | $0.00 |
| FEB | 28 | $0.18 | $0.00 |
| MAR | 31 | $0.18 | $0.00 |
| APR | 30 | $0.18 | $0.00 |
| MAY | 31 | $22.76 | $100.00 |
| JUN | 30 | $100.18 | $0.00 |
| JUL | 31 | $98.82 | $0.00 |
| AUG | 31 | $97.18 | $0.00 |
| SEP | 30 | $97.18 | $0.00 |
| OCT | 31 | $95.34 | $0.00 |
| NOV | 30 | $94.18 | $0.00 |
| DEC | 14 | $94.18 | $0.00 |